IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| v. | ) | CRIMINAL NO. 97-00024-CB |
| EDDIE ROOSEVELT HANDS, | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on defendant's motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) based on a retroactive amendment to the United States Sentencing Guidelines. In 2014, the United States Sentencing Commission ("the Commission") enacted an amendment to the United States Sentencing Guidelines that further reduced the sentencing ranges for certain offenses. *See* Amendment 782, United States Sentencing Guidelines. The Commission has deemed this to be an amendment that may be applied retroactively. *See* U.S.S.G. § 1B1.10. After review of the motion and all relevant factors prescribed by § 1B1.10, the court has determined that a reduction of sentence based on the amended guideline range may be appropriate in this case.

Defendant was sentenced on June 1, 2000 to life (Count 1) and 240 months (Count 2), to run concurrently. On April 13, 2009, Defendant's sentence as to Count 1 was reduced to 360 months based on a previous retroactive amendment to the sentencing guidelines. According to the revised guidelines calculation prepared by the United States Probation Office, application of Amendment 782 would result in a

guideline range of 292 to 365 months as to Count 1. Unless the United States files a written objection on or before **June 12, 2015**, the Court will enter an order reducing the defendant's sentence to 292 months (Count 1) and 240 months (Count 2), to run concurrently.

    **DONE** and **ORDERED** this the 13th day of May, 2015.

                                                                      *s/Charles R. Butler, Jr.*
                                                                      **Senior United States District Judge**